UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
NOV 2 1 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| MICHAEL THOMAS PAUL | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CAUSE NO: SA:16-CV-01119-OLG |
| | § | |
| CITY OF SAN ANTONIO | § | |
| *Defendant.* | § | |

## Plaintiff's Request for De Novo Appeal on Request for Appointment of Counsel or in the Alternative Request to Appeal to the Fifth Circuit Court of Appeals

Plaintiff, Michael Thomas Paul Respectfully requests the Magistrate Judge grant this motion for a De Novo appeal and send the issue of Appointment of Counsel back to the District Judge for disposition. If this court fails to refer this issue back to the district Judge than petitioner requests leave of this court to file A notice of appeal to this issue with the Fifth Circuit Court of appeals for an expedited appeal determination on the issue appointment of counsel. Plaintiff being Pro Se and having no legal experience or training in these matters asks the court to excuse all deficiencies in either pleadings or procedures before the court. With no representation by a practicing attorney petitioner is basically stumbling blindly around in the dark.

Petitioner states for the record that all filed documents on this case are to be considered as a continuation of the original complaint without needing to amend original pleading due to financial costs involved to rework and prepare every time additional information is added to the record. Therefore, petitioner's De Novo appeal to the district judge should be based on the issue of denied appointment of counsel and the De Novo appeal decision being based on all filed records on the docket.

November, 19, 2016

/S/ *Michael T. Paul*

Michael T. Paul
9123 Easy Street
San Antonio, Texas 78266
210-294-4533
Mtp7389@hotmail.com

1